UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE BARNETT, et al.,

    Plaintiffs,

    v.

UNKNOWN,

    Defendant.

Case No. 22-cv-00011-WHO (PR)

**ORDER OF TRANSFER**

The incidents giving rise to this 42 U.S.C. § 1983 action occurred at Mule Creek State Prison, which lies in the Eastern District of California.  Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendants reside therein.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** February 8, 2022


WILLIAM H. ORRICK
United States District Judge