UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE BARNETT, et al., | No. 2:22-cv-00256-TLN-JDP |
| Plaintiffs, | |
| v. | **ORDER** |
| UNKNOWN, | |
| Defendant. | |

Plaintiffs, state prisoners proceeding *pro se*, have filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiffs and which contained notice to Plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 16.) Plaintiffs have not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 1, 2022, (ECF No. 16), are adopted in full; and

2. This case is closed for failure to file a complaint and for failure to pay the filing fee.

**DATED: July 22, 2022**

Troy L. Nunley
United States District Judge